IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARLTON RUSSELL GOSSETT, : 
AIS # 222667, :

    Plaintiff, :

vs. :   CIVIL ACTION 15-381-WS-C

ALABAMA DEPARTMENT OF : 
CORRECTIONS, *et al.*,
 :
    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous.

    **DONE** this 12th day of April, 2016.

                      s/WILLIAM H. STEELE
                      CHIEF UNITED STATES DISTRICT JUDGE